Steven H. TUPPER, Petitioner,

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 02–3364.

United States Court of Appeals, Federal Circuit.

DECIDED: May 14, 2003.

Before NEWMAN, RADER, and DYK, Circuit Judges.

**JUDGMENT**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED.* *See* Fed. Cir. R. 36